IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN TORRES-ROLDAN,<br><br>Defendant. | Criminal 99-308 (DRD) |

### INFORMATIVE MOTION AND REQUEST FOR APPOINTMENT

TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW**, the Federal Public Defender for the District of Puerto Rico through the undersigned counsel, and very respectfully states, alleges, and prays as follows:

1. On December 11, 2006, Mr. Melvin Torres-Roldán, the defendant in the above-captioned case, contacted the office of the Federal Public Defender requesting assistance in his desire to petition this Honorable Court for early termination of his supervised release term. At that time, the undersigned attorney, who handled Mr. Torres-Roldan's call, explained to him that the first step for submitting the petition on his behalf was for him to request the appointment of Counsel.

2. The undersigned attorney prepared for Mr. Torres-Roldan a motion for appointment of counsel. The same was prepared for his signature and filed pro se on December 19, 2006. (Docket No. 350.) The motion specifically requested the appointment of the Federal Public Defender.

3. On January 16, 2007, the Court issued an order granting defendant's pro se motion. (Docket No. 351.) The order, however, directed the Clerk of Court to appoint a CJA panel attorney.

4. The Federal public Defender has Mr. Torres-Roldan's file and has prepared for him a motion, which is in draft as of today, for early termination of supervised release to be filed on his behalf. The motion was in draft awaiting this Court's ruling on the motion to appoint counsel.

5. Accordingly, it is respectfully requested that this Honorable Court direct the Clerk of Court, if at all possible, to appoint the Federal public Defender's office to represent Mr. Torres-Roldan as opposed to a CJA panel attorney.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the present motion requesting and that the same be granted.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will sent electronic notification of said filing to all parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 22nd day of January, 2007.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**

*S/Hector L. Ramos-Vega*
Hector L. Ramos-Vega
Assistant Federal Public Defender
USDC-PR 222504
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Hector_Ramos@fd.org

2