# Certificado De Bautismo

Por Su Confesión de Fé en Jesucristo

## Melvin Torres Roldán

Fue bautizado en el Nombre del Padre, Hijo y Espíritu Santo

en MDC Guaynabo, Unidad 2-C

_____
Loren VanGalder, Pastor

20 de mayo de 2000





Certificado De Logro

El Departamento de Capellanía Felicita a
**Melvin Torres**
Por los Certificados que ha Recibido de
Cursos de Correspondencia
MDC Guaynabo, Puerto Rico

Joyce Caulfield

Loren VanGalder
Capellanes

Ramón López

30 de mayo de 2000

Exhibit III

PSYCHOLOGY SERVICES

# Certificate of Recognition

We hereby present

**TORRES-ROLDAN, MELVIN**

with this certificate acknowledging your achievement and contribution

## as a participant of the "LIVING FREE"

Awarded on this ___26th___ day of ___JULY___ 19/2000

Marcel Ramos, CM & Dr. Vasco J. Daubón-Chief Psychologist

AC 302



# CERTIFICATE OF MERIT

This hereby states that

**MELVIN TORRES**

Has completed the Structured Music Program "Basic Guitar Course" on October 5, 2000 given at MDC's Recreation Department Guaynabo, Puerto Rico

Carlos Lago
Music Instructor

David Ortiz
Supervisor of Education

Juan Gutiérrez
Recreation Specialist

Víctor Colón
Recreation Specialist

# CERTIFICATE OF MERIT

This hereby states that

**MELVIN TORRES**

has successfully completed the art course "CARD-MAKING" ON OCTOBER 31, 2000 given at MDC's Recreation Department Guaynabo, Puerto Rico

David Ortiz
Supervisor of Education

Ruth Rosado Febus
Arts & Craft Instructor

Juan J. Gutiérrez
Recreation Specialist

Victor Colón
Recreation Specialist



# Certificate of Recognition

PSYCHOLOGY SERVICES

We hereby present

## TORRES-ROLDAN, MELVIN

with this certificate acknowledging your achievement and contribution

as a participant of the
**"LIFE WITHOUT A CRUTCH"**

Awarded on this ___19th___ day of ___NOVEMBER___ 19___ 2000

Marcel Ramos, CM & Dr. Mary Lou Rubert DAP Coordinator

AC 302

# Certificate of Achievement
### Psychology Services

In honor of your outstanding excellence
we hereby present

**MELVIN TORRES ROLDAN**

with this certificate of achievement

**40 HOURS
DRUG ABUSE EDUCATION COURSE**

On this 14th day of DECEMBER 2000

JUAN A. QUINTERO- M.A. M.A.
GUIDANCE & COUNSELING
DRUG ABUSE TREATMENT SPECIALIST

# CERTIFICATE OF MERIT

This hereby states that

## MELVIN TORRES

has successfully completed the Structured course

**"Physical Fitness"**

ON MAY 9, 2001

given at MDC's Recreation Department
Guaynabo, Puerto Rico

**PHYSICAL FITNESS**

David Ortiz
Supervisor of Education

Eliezer Santana
Physical Fitness Instructor

Víctor Colón
Recreation Specialist

Juan J. Gutiérrez
Recreation Specialist



# CERTIFICATE OF MERIT

This hereby states that

**MELVIN TORRES**

has successfully completed the art course

**"ADVANCED CARD-MAKING"**

ON JUNE 21, 2001
given at MDC's Recreation Department
Guaynabo, Puerto Rico

David Ortiz
Supervisor of Education

Ruth Rosado Febus
Arts & Craft Instructor

Juan J. Gutierrez
Recreation Specialist

Victor Colón
Recreation Specialist



# Certificate of Completion

Let it be known that

**Melvin Torres-Roldan**

has satisfactorily completed
the 500 Hour
Residential Drug Abuse Program
at F.P.C. Eglin, Eglin A.F.B., Florida

June 25, 2004

_Donald E. Bauknecht_, Warden

David A. Reince, Ph.D, DAP Coordinator

Maria N. Montoya, D.T.S.

# CERTIFICATE OF ACHIEVEMENT

Let It Be Known, That This Award Has Been Presented

To

*MELVIN TORRES-ROLDAN*

For your OVERALL OUTSTANDING PARTICIPATION in the Residential 500 Hour Drug Abuse Program at FPC Eglin, Eglin AFB, Florida. You have been positively and seriously involved in all facets of the program as well as taking advantage of outside resources. You have put forth a lot of effort into assignments, shown support of fellow group members and displayed enthusiasm in your own treatment.

Presented this 25th day of June, 2004

_____
Maria N. Montoya, Drug Treatment Specialist

_____
David A. Rence, Ph.D., DAP Coordinator