# DEPARTMENT OF EDUCATION

### State of Florida

This Certifies That

## MELVIN TORRES



having satisfactorily completed all requirements of law and standards prescribed by the State Board of Education, thereby demonstrating satisfactory evidence of educational competence, is hereby awarded this

## HIGH SCHOOL DIPLOMA

and is entitled to all the Rights and Privileges appertaining thereto.

In witness whereof our names and the seal of the State Board of Education, Tallahassee, Florida, are hereto affixed, this the

28TH Day of July, 2003

Diploma Number: 860744

COMMISSIONER OF EDUCATION

FLORIDA GED ADMINISTRATOR

# Universal Technology College of Puerto Rico, Inc.

Fundado el 30 de octubre de 1987

Otorga a

## Melvin Torres Roldán

quien ha completado todos los requisitos del

Curso de

### Delineante con Auto Cad

### Mención Honorífica

con todos los honores y distinciones que conlleva el mismo.
Como testimonio de lo anterior suscribimos
este Certificado con las firmas oficiales del Colegio.

Dado hoy, 22 de junio de 2006
en la ciudad de Aguadilla, Puerto Rico.

_____
Decano de Asuntos Académicos

_____
Presidente Junta de Directores



# Universal Technology College of P.R., Inc.
## Recinto de Aguadilla

Reconoce a

# Melvin Torres

Por sus Buenas Relaciones Interpersonales

Dado hoy, miércoles 4 de mayo de 2005
en Aguadilla, Puerto Rico.

_____
Profesor (a)

_____
Consejero (a)

_____
Decana Asuntos Académicos

# Universal Technology College of P.R., Inc.
## Recinto de Aguadilla

Reconoce a

## Melvin Fores

### Por su Superación

Dado hoy, miércoles 4 de mayo de 2005 en Aguadilla, Puerto Rico.

_____
Profesor (a)

_____
Consejero (a)

_____
Decana Asuntos Académicos

Exhibit XVII

# Universal Technology College of P.R., Inc.
## Recinto de Aguadilla

Reconoce a

# Melvin Torres

Por su Asistencia

Dado hoy, miércoles 4 de mayo de 2005
en Aguadilla, Puerto Rico.

_____
Profesor (a)

_____
Consejero (a)

_____
Decana Asuntos Académicos

# Universal Technology College of P.R., Inc.
## Recinto de Aguadilla

Reconoce a

# Melvin Tavres

### Por su Liderazgo

Dado hoy, miércoles 4 de mayo de 2005 en Aguadilla, Puerto Rico.

_____
Profesor (a)

_____
Consejero (a)

_____
Decana Asuntos Académicos






**ASOCIACIÓN DE CAPELLANÍA AMÉN INCORPORADO, INTERNACIONAL**

Capítulo de Hatillo y Aguadilla

le otorga a

**Melvin Torres Roldán**

El certificado de participación y cooperación por haber completado el

*Curso de Capellanía*

durante el semestre de enero a mayo de 2006

Dado hoy sábado, 27 de mayo de 2006 en Arecibo, Puerto Rico

"Servir es ganancia en el Señor"

Rev. Marcos Aguiar
Capellán Ordenado

Rev. María A. Hernández
Capellana Ordenada