Exhibit XXI

# AMERICAN BIBLE ACADEMY

### Presents this Certificate to

### Melvin Torres

### upon successful completion of

Study Course   Lecciones De Doctrina Biblica Vol 1

Awarded the    16th    day of   April   ,   2002  .




*Joseph Welch*
ACADEMIC DEAN

*Pearl Driskill*
REGISTRAR

---



### GRADE REPORT
### AMERICAN BIBLE ACADEMY
### P.O. BOX 1490
### JOPLIN, MO 64802

NAME:   Melvin Torres     STUDENT ID #: 184794

COURSE:   Lecciones De Doctrina Biblica Vol 1     DATE: 4/16/02

EXAM 1:   98    EXAM 2:   92    EXAM 3:   99    PAPER 1:   0

EXAM 4:   0    EXAM 5:   0    EXAM 6:   0    WORKBOOK:   0

FINAL GRADE:   96     CREDITS:   1

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+....100-99% | A ..... 98-95% | A-..... 94-90% | B+..... 89-87% | B ...... 86-84% |
| B-.... 83-80% | C+..... 79-77% | C ..... 76-74% | C-.... 73-70% | D+..... 69-67% |
| D .... 66-64% | D-...... 63-60% | F ........ 59-0% | | |

# AMERICAN BIBLE ACADEMY

### Presents this Certificate to

Melvin Torres

## upon successful completion of

Study Course  Evangelio De Juan

Awarded the _____10th_____ day of ___January___ , __2002__ .







*Joseph Welch*
ACADEMIC DEAN

*Pearl Driskill*
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1490**
**JOPLIN, MO 64802**

NAME:  Melvin Torres

STUDENT ID #:  184794

COURSE:  Evangelio De Juan

DATE:  1/10/02

EXAM 1:  87   EXAM 2:  91   EXAM 3:  91   PAPER 1:  0

EXAM 4:  0   EXAM 5:  0   EXAM 6:  0   WORKBOOK:  0

FINAL GRADE:  90   CREDITS:  0

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ 100-99% | A 98-95% | A- 94-90% | B+ 89-87% | B 86-84% |
| B- 83-80% | C+ 79-77% | C 76-74% | C- 73-70% | D+ 69-67% |
| D 66-64% | D- 63-60% | F 59-0% | | |



# DIPLOMA

### Estudios Bíblicos

Concedido a:

## MELVIN TORRES

Por haber completado satisfactoriamente
el curso bíblico por correspondencia

*"El Cristianismo en Marcha"*

En este día 3º de Agosto del 2002

Maestro: _____

CERTIFICADO

# Estudios Bíblicos del Caribe



Salmo 1:3

**Certifica Que**

*Melvin Torres*

ha completado satisfactoriamente el curso de estudio sobre
*LA EPISTOLA A LOS ROMANOS*
por lo tanto se hace merecedor (a) de este certificado.

Dado el ___25th___ de ___October___ del ___2001___

_____
Director

Estudios Bíblicos del Caribe
Misión Evangelística el Calvario, Inc.
1409 Ave. Ponce de Leon,   4°Piso
San Juan, Puerto Rico 00907-4025



# La Voz de Salvación

Programa Internacional de Radio de la Iglesia de Dios de la Protecía

# Certificado de Reconocimiento

Sentimos gran placer en otorgar este certificado a:

_____

**MELVIN TORRES**

Por haber completado satisfactoriamente la serie de estudios por correspondencia titulados

**Conocimiento General de la Biblia.**

Otorgado el día  25  del mes de _____ ABRIL _____ del año de nuestro Señor 2000
en Cleveland, Tennessee, Estados Unidos de América.

_____
Ministro de Comunicaciones

*"...Guardaos, no sea que arrastrados por el error de los inicuos, caigáis de vuestra firmeza. Antes bien, creced en la gracia y el conocimiento de nuestro Señor y Salvador Jesucristo..." 2da. Pedro 3:17-18a*

# CERTIFICADO

# Estudios Bíblicos del Caribe



Salmo 1:3

Estudios Bíblicos del Caribe
Misión Evangelística el Calvario, Inc.
1409 Ave. Ponce de León, 4° Piso
San Juan, Puerto Rico 00907-4025

ha completado satisfactoriamente el curso de estudio sobre

*Santo Evangelio Según San Juan*

por lo tanto se hace merecedor (a) de este certificado.

**Certifica Que**

MELVIN TORRES

Dado el ___11___ de ___abril___ 2000



Director



La Escuela Bíblica Emmaus

Certifica que:

MELVIN TORRES

ha terminado con éxito diez unidades
de estudios por correspondencia

DADO EN    San Juan, Puerto Rico

FECHA    15 de junio 2000

DIRECTOR DE LA ESCUELA POR CORRESPONDENCIA



# La Voz de Salvación

Programa Internacional de Radio De La Iglesia de Dios de la Profecia

## Certificado De Reconocimiento

Sentimos gran placer en entregarle este certificado a:

**MELVIN TORRES**

Por haber completado satisfactoriamente la serie de trece estudios sobre la **Epístola Universal de Santiago.**

Otorgado el día ___22___ del mes de ___JUNIO___ del año de nuestro Señor ___2000___ en Cleveland, Tennessee, Estados Unidos de Norteamérica.




Ministro de Comunicaciones

*Guardaos, no sea que arrastrados por el error de los inicuos, caigáis de vuestra firmeza. Antes bien, creced en la gracia y el conocimiento de nuestro Señor y Salvador Jesucristo. 2da. Pedro 3:17-18b*





# CERTIFICADO
## DE RECONOCIMIENTO

Concedido a:

*MELVIN TORRES*

Por haber terminado las lecciones:

"Introducción"
"El Origen de la Biblia"

Del curso "¿Qué Dice La Biblia?"

Maestro: _José María Solano_

JULIO 2000

# CERTIFICADO

## Estudios Bíblicos del Caribe

**Certifica Que**

MELVIN TORRES

ha completado satisfactoriamente el curso de estudio sobre

*LAS CARTAS PAULINAS*

por lo tanto se hace merecedor (a) de este certificado.

Dado el _____ 28 _____ de _____ julio _____ del _____ 2000

_Firma_

Director

Estudios Bíblicos del Caribe
Misión Evangelística el Calvario, Inc.
1608 Ave. Ponce de León, 4° Piso
San Juan, Puerto Rico 00907-4025

# PARENTING

In honor of your outstanding excellence

we hereby present

## Melvin Torres

With this certificate of Participation

On this 31st August 2000

MCC Guaynabo

_Vanessa Ross, M.S._
Dr. Vanessa Ross, Ph.D.

_David Ortiz_
David Ortiz - 506

# CERTIFICADO

## DE RECONOCIMIENTO

Concedido a:

*MELVIN TORRES*

Por haber terminado las lecciones:
"El Contenido General de la Biblia"
"La Autoridad en la Religión"
Del curso *"¿Qué Dice La Biblia?"*

Maestro: _____

AGOSTO 2000



## La Voz de Salvación

Programa Internacional de Radio De La Iglesia de Dios de la Profecía

# Certificado De Reconocimiento

Sentimos gran placer en entregarle este certificado a:

### MELVIN TORRES

Por haber completado satisfactoriamente la serie de trece estudios sobre la **Epistola A Los Filipenses.**

Otorgado el día _ 22 _ del mes de _ MAYO _ del año de nuestro Señor _ 2000 _ en Cleveland, Tennessee, Estados Unidos de Norteamérica.





Ministro de Comunicaciones

Guardaos, no sea que arrastrados por el error de los iniclos, caigáis de vuestra firmeza. Antes bien, creced en la gracia y el conocimiento de nuestro Señor y Salvador Jesucristo. 2da. Pedro 3:17-18b



# La Escuela Bíblica Familiar

## Certifica que:

__MELVIN TORRES__

*ha terminado con éxito veinte unidades*

*de estudios por correspondencia*

**DADO EN** San Juan, Puerto Rico

**FECHA** 30 de julio de 2002

DIRECTORA DE LA ESCUELA POR CORRESPONDENCIA

Lucas 24:27



# CERTIFICADO
## DE RECONOCIMIENTO

Concedido a:

*MELVIN TORRES*

Por haber terminado las lecciones:

"El Establecimiento de la Iglesia"

"La Organización de la Iglesia"

Del curso *"¿Qué Dice La Biblia?"*

Maestro: _José Villoc Del Valle_

OCTUBRE 2000



# CERTIFICADO

## DE RECONOCIMIENTO

Concedido a:

*MELVIN TORRES*

Por haber terminado las lecciones:
"El Don de la Salvación de Dios"
"La Aceptación de la Salvación"
Del curso *"¿Qué Dice La Biblia?"*

Maestro:

OCTUBRE 2000



# Estudios Bíblicos del Caribe

## CERTIFICADO

Salmo 1:3

**Certifica Que**

*MELVIN TORRES*

ha completado satisfactoriamente el curso de estudio sobre
*MUJERES DE LA BIBLIA*
por lo tanto se hace merecedor de este certificado.

Estudios Bíblicos del Caribe
Misión Evangelística el Carvario, Inc.
1409 Ave. Ponce de León, 4° Piso
San Juan, Puerto Rico 00907-4025

Dado el 10 de octubre del 2000

Director



# CERTIFICADO
## DE RECONOCIMIENTO

Concedido a:

*MELVIN TORRES*

Por haber terminado las lecciones:
"La Segunda Venida de Cristo"
"La Voluntad de Dios para Usted"
Del curso *"¿Qué Dice La Biblia?"*

Maestro: *José Nieves Del Barrio*

FEBRERO 2001



# DIPLOMA

## Estudios Bíblicos

Concedido a:

### *MELVIN TORRES*

Por haber completado satisfactoriamente
el curso bíblico por correspondencia

"¿Qué Dice La Biblia?"

En este día *15 de Febrero del 2001*

Maestro: _José A. Villegas Del Carmen_



CERTIFICADO

# Estudios Bíblicos del Caribe

**Certifica Que**

*Melvin Torres*

**ha completado satisfactoriamente el curso de estudio sobre**

*TOPICOS DEL LA BIBLIA*

**por lo tanto se hace merecedor (a) de este certificado.**

Dado el _____ de _____ 2001

_____
Director

Estudios Bíblicos del Caribe
Misión Evangelística el Calvario, Inc.
1409 Ave. Ponce de Leon,   4° Piso
San Juan, Puerto Rico 00907-4025

Salmo 1:3



Las Escuelas Fuente de Luz

otorga este

# DIPLOMA

en reconocimiento por haber terminado

a

Melvin Torres

satisfactoriamente el curso Bíblico por correspondencia, DEL BUZON DEL CORREO,

CURSO I, el día    4th    de    Abril    de 2000    en la

ciudad de Marion, Indiana.

Director

Representante Regional

"Escudriñad las Escrituras, . . . ellas son las que dan testimonio de mí".
Juan 5:39.

ESTUDIOS BIBLICOS MUNDIALES

SFTMCI



# Las Escuelas Fuente de Luz

**Por Cuanto:**

Melvin Torres

ha terminado satisfactoriamente el curso bíblico LA VIDA DE CRISTO de la segunda serie Del Buzón del Correo, le extienden el presente diploma a los 22nd días del mes de Junio de 2000 en la ciudad de Marion, Indiana.

*Raymond R. Walker*
Director de Escuelas

*Grace Anderson*
Director Regional

*"Lo que has oído de mí entre muchos testigos, esto encarga a hombres fieles que sean idóneos para enseñar también a otros", II Timoteo 2:2.*





# CERTIFICADO
## de
# RECONOCIMIENTO

*Concedido a:*

Melvin Torres

*Por haber terminado*

EL CURSO "LA VIDA CRISTIANA"
ofrecido por la
**ESCUELA BIBLICA MUNDIAL**

[illegible] 5/00
**Maestro**

Joe Williams
**Director Internacional**

James L Lovell
**Fundador**

# CERTIFICADO
## de
# RECONOCIMIENTO

*Concedido a:*

Melvin Torres

*Por haber terminado*

**"CONOCIENDO A JESÚS"**
ofrecido por la
**ESCUELA BIBLICA MUNDIAL**

WBS

José J. Alcón Del Barrio
Maestro 6/01

Joe Williams
Director Internacional

James L. Lovell
Fundador

*El Camino*
DE LA VIDA

CURSOS POR CORRESPONDENCIA

**Diploma**

DADO A   *MELVIN TORRES*

QUIEN HA TERMINADO SATISFACTORIAMENTE EL CURSO COMPLETO DE

EL CAMINO DE LA VIDA

8 MARZO 2000 19

DIRECTOR

© ANISA, Inc. 1996 / ACE-022

IGLESIA CARISMATICA
CRISTO REDENTOR
AGUADILLA, P.R.

# CERTIFICADO DE RECONOCIMIENTO

OTORGADO A:

*Melvin Torres*

POR SU ASISTENCIA PERFECTA A LA ESCUELA BIBLICA
DURANTE EL MES DE AGOSTO DE 2006.

"ESCUDRIÑAR LAS ESCRITURAS PORQUE A VOSOTROS OS PARECE QUE EN ELLAS
ENCONTRAIS LA VIDA ETERNA Y ELLAS SON LAS QUE DAN TESTIMONIO DE MI"

San Juan 5:39

Dado hoy 7 de septiembre de 2006 en Aguadilla, P.R.

Maestro (a)

Pastor

Superintendente E.B.

# CERTIFICADO
## DE RECONOCIMIENTO

Concedido a:

*MELVIN TORRES*

Por haber terminado las lecciones:
"La Unidad de la Iglesia"
"La Restauración de la Iglesia"
Del curso *"¿Qué Dice La Biblia?"*

Maestro: _José A. Nogué Del Barrio_

DICIEMBRE 2000