IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

MELVIN TORRES-ROLDAN,

Defendant.

CRIMINAL 99-308 (DRD)

## MOTION FOR SOME DISPOSITION

TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW**, defendant, Melvin Torres-Roldan, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states, alleges, and prays as follows:

1. On January 31, 2007, above defendant Mr. Torres-Roldan filed a motion for early termination of supervised release. (Docket No. 354.)

2. Despite there being no opposition to the request on the part of the United States (Docket No. 357), the Court denied the request 10 months later on November 7, 2007. (Docket No. 363.)

3. On November 9, 2007, Mr. Torres-Roldan moved the Court for reconsideration. (Docket No. 364.) The Court held said motion in abeyance and ordered Mr. Torres-Roldan to discuss the Judicial Conference's police regarding early termination. (Docket No. 365.)

4.  Mr. Torres-Roldan complied on February 5, 2008. (Docket No. 366.)

5.  The motion for reconsideration has been pending for quite sometime.  The defendant's supervised release is set to expire in December of this year.  Mr. Torres-Roldan is even resigned and accepts that he may possibly have to serve the complete term of his supervision.  At this point in time, however, he is requesting a decision one way or another so that he can make plans for his future either knowing that he has seven more months of supervision or that he will be relieved from it.

6.  Accordingly, it is respectfully requested that an order be issued, at the Court's earliest convenience, regarding the pending motion for reconsideration.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the present motion.

**I HEREBY CERTIFY** that on this date I electronically filed the present memorandum with the Clerk of Court using the CM/ECF system which will sent electronic notification of said filing to all parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico this 15th day of April, 2008.

**JOSEPH C. LAWS, JR.**
**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF PUERTO RICO**

**_S/Hector L. Ramos-Vega_**
Hector L. Ramos-Vega
Assistant Federal Public Defender
USDC-PR 222504
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Hector_Ramos@fd.org

2